**Charles WILLINGHAM,
Plaintiff–Appellant,**

v.

**BUNCOMBE COUNTY CORRECTIONAL CENTER, Defendant–Appellee.**

**No. 13–6539.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2013.

Decided: Oct. 17, 2013.

Charles Willingham, Appellant Pro Se.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles D. Willingham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Willingham's informal briefs do not challenge the basis for the district court's disposition, Willingham has forfeited appellate review of the court's order. Accordingly, we deny Willingham's motion to appoint counsel and

affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*